IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| TONYA TAYLOR, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WAL-MART STORES EAST, LP and ) <br> WALMART INC., ) <br> ) <br> Defendants. ) | CIVIL ACTION <br> FILE NO6:19-cv-00067-RSB-CLR |

## ORDER TRANSFERRING VENUE

This matter coming to be heard upon the parties' Consent Motion to Transfer Venue, pursuant to 28 U.S.C. §1404(a) and 28 U.S.C. § 1406(a), and for good cause shown, this matter is hereby transferred from the United States District Court for the Southern District of Georgia, Statesboro Division, to the United States District Court for the Southern District of Georgia, Augusta Division.

**SO ORDERED,** this 4th day of October, 2019.

_____
United States Magistrate Judge
For the Southern District of Georgia