IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

TONYA TAYLOR,                )
                             )
      Plaintiff,         )
                             )
  v.                         )    CV 119-175
                             )
WAL-MART STORES EAST, LP,    )
                             )
      Defendant.        )

## REVISED SCHEDULING ORDER

Having considered the parties' Joint Motion to Extend Scheduling Order Deadlines, the Court **GRANTS** the motion. (Doc. no. 31.) The revised schedule is as follows:

| | |
|---|---|
| DEADLINE FOR COMPLETION OF WRITTEN DISCOVERY, INSPECTION, AND EXAMINATION UNDER RULES 33 THROUGH 36 OF THE FEDERAL RULES OF CIVIL PROCEDURE | March 6, 2020 |
| DISOCVERY DEPOSITION OF WITNESSES WHO HAVE NOT BEEN DESIGNATED AS EXPERTS | March 17, 2020 |
| LAST DAY TO SERVE EXPERT WITNESS REPORT BY A PLAINTIFF | March 24, 2020 |
| LAST DAY TO SERVE EXPERT WITNESS REPORT BY A DEFENDANT | May 8, 2020 |
| DISCOVERY DEPOSITION OF WITNESSES WHO HAVE BEEN DESIGNATED AS EXPERTS | June 23, 2020 |
| JOINT STATUS REPORT[1] | July 7, 2020 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but EXCLUDING MOTIONS IN LIMINE | July 21, 2020 |

---

[1] On the date the discovery period expires, the parties shall file a Joint Status Report, found on the Court's website under Forms, Civil Forms, Status Report Form - for use in Judge Hall / Judge Epps cases. Any extension of the discovery period automatically extends the Joint Status Report deadline.

All provisions of the prior Scheduling Order, (doc. no. 19), not revised herein shall remain in full force and effect.

SO ORDERED this 13th day of January, 2020, at Augusta, Georgia.

*/s/ Brian K. Epps*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA