IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| TONYA TAYLOR, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 119-175 |
| | * | |
| WAL-MART STORES EAST, LP, | * | |
| | * | |
| Defendant. | * | |

ORDER

Before the Court is Plaintiff Tonya Taylor's motion to dismiss with prejudice. (Doc. 45.) When a defendant has already served an answer or otherwise filed a dispositive motion, Federal Rule of Civil Procedure (41)(a)(2) provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Plaintiff's motion states that the above case has been settled. Defendant has not filed any responses or objections to this stipulation or motion. Therefore, upon due consideration, this Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(2).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of September, 2020.

                                                       J. RANDAL HALL, CHIEF JUDGE
                                                     UNITED STATES DISTRICT COURT
                                                     SOUTHERN DISTRICT OF GEORGIA